UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61341-CV-DIMITROULEAS

LUIS MIGUEL RIOS GONZALEZ,

      Petitioner,

v.

GARRETT J. RIPA, Field Office Director, Miami Field Office
Immigration and Customs Enforcement. et. al.

      Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner Luis Miguel Rios Gonzalez ("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [DE 1], filed herein on May 5, 2026. The Court has considered the Petition [DE 1], Respondents' Response in Opposition to the Petition for Writ of Habeas Corpus [DE 6], Petitioner's Reply [DE 7], and is otherwise fully advised in the premises. The Court is otherwise fully advised in the premises.

Based on the recent ruling by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.,* Case Nos. 25-14065; 25-14075 (May 6, 2026), which is persuasively binding on this Court until the mandate issues, §1225(b)(2)(A) does not apply to Petitioner. Rather, § 1226(a) and its implementing regulations govern Petitioner's detention, entitling Petitioner to an individualized bond hearing as a detainee under § 1226(a). *See id.* The Court takes no position as to whether Petitioner should be granted release on bond by the Immigration Judge, just that Petitioner is entitled to an individualized bond hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Petition [DE 1] is

**GRANTED IN PART** as follows:

1. Respondents shall afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days, by May 15, 2026, and file a notice in the record upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.

2. A hearing in this matter is hereby set for 1:30 P.M. on **Monday, May 18, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.

3. The Clerk shall **CLOSE** this case.

4. The Court **RETAINS JURISDICTION** to enforce this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov